Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
Christopher J. Judge (CSB #274418)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
cjj@banyspc.com
(650) 308-8505

Attorneys for Plaintiff,
IXCHEL PHARMA, LLC

Mark S. Popofsky (CSB #175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
mark.popofsky@ropesgray.com
(202) 508-4600

Rocky C. Tsai (CSB #221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

Attorneys for Defendant,
BIOGEN INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IXCHEL PHARMA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BIOGEN INC.,<br><br>    Defendant. | Case No. 2:17-cv-00715-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING SCHEDULE REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |

**STIPULATION**

Plaintiff Ixchel Pharma, LLC ("Ixchel") and Defendant Biogen Inc. ("Biogen"), by and through their undersigned counsel, hereby stipulate and agree that:

WHEREAS, Ixchel filed its Complaint on April 4, 2017;

WHEREAS, the Court granted the parties' Stipulation and Proposed Order on Briefing Schedule, Hearing, and Initial Scheduling Conference on April 20, 2017;

WHEREAS, Biogen filed its Motion to Dismiss the Complaint on May 24, 2017;

WHEREAS, Ixchel filed a First Amended Complaint on June 14, 2017;

WHEREAS, in light of the pre-existing schedules of Biogen's counsel, Ixchel and Biogen have agreed, subject to the Court's approval, to enlarge Biogen's time to respond to the First Amended Complaint and to adjust related briefing and hearing deadlines as set forth below;

WHEREAS, one prior extension of time has been granted by stipulation, and the parties' agreed time modifications would not affect the date of the initial scheduling conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Biogen's previously-filed Motion to Dismiss the Complaint (Dkt. No. 16) is now moot in light of Ixchel's filing of its First Amended Complaint, and the previously-scheduled August 21, 2017 hearing date for that motion shall be taken off the Court's calendar.

2. Biogen shall file and serve a motion to dismiss, answer, or other response to the First Amended Complaint by July 21, 2017.

3. Ixchel shall file and serve its opposition to Biogen's motion to dismiss the First Amended Complaint by August 11, 2017.

4. Biogen shall file and serve its reply in support of its motion to dismiss the First Amended Complaint by August 25, 2017.

5. Ixchel shall not move for a default judgment on the basis that Biogen has not filed and served a response to the First Amended Complaint by the original deadline of June 28, 2017.

6. The hearing on the motion to dismiss the First Amended Complaint filed by Biogen shall be noticed for hearing on September 5, 2017 at 1:30 pm.

7. The date of the initial scheduling conference shall remain September 25, 2017 at 1:30 pm. A Joint Status Report shall be filed no later than September 11, 2017.

**SO STIPULATED AND AGREED TO BY:**

Dated: June 16, 2017         /s/ Rocky C. Tsai

Rocky C. Tsai (CSB #221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

Mark S. Popofsky (CSB #175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
mark.popofsky@ropesgray.com
(202) 508-4600

Attorneys for Defendant,
BIOGEN INC.

Dated: June 16, 2017         /s/ Christopher D. Banys (as authorized on 6/15/17)

Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
Christopher J. Judge (CSB #274418)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
cjj@banyspc.com
(650) 308-8505

Attorneys for Plaintiff,
IXCHEL PHARMA, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 16, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, I have caused a true and accurate copy of this document to be served upon counsel for the Plaintiff below via electronic service as set forth in the CM/ECF procedures of this Court:

Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
Christopher J. Judge (CSB #274418)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
cjj@banyspc.com
(650) 308-8505

　　　　　　　　　　　　　　　　　　 /s/ Rocky C. Tsai
　　　　　　　　　　　　　　　　　　Rocky C. Tsai