| | |
|---|---|
| Christopher D. Banys (CSB #230038)<br>Richard C. Lin (CSB #209233)<br>Jennifer L. Gilbert (CSB #255820)<br>BANYS, P.C.<br>1032 Elwell Court, Suite 100<br>Palo Alto, CA 94303<br>cdb@banyspc.com<br>rcl@banyspc.com<br>jlg@banyspc.com<br>(650) 308-8505<br><br>Attorneys for Plaintiff,<br>IXCHEL PHARMA, LLC | Mark S. Popofsky (CSB #175476)<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807<br>mark.popofsky@ropesgray.com<br>(202) 508-4600<br><br>Rocky C. Tsai (CSB #221452)<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4006<br>rocky.tsai@ropesgray.com<br>(415) 315-6300<br><br>Attorneys for Defendant,<br>BIOGEN INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IXCHEL PHARMA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BIOGEN INC.,<br><br>        Defendant. | Case No. 2:17-cv-00715-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

## STIPULATION

Plaintiff Ixchel Pharma, LLC ("Ixchel") and Defendant Biogen Inc. ("Biogen"), through their undersigned counsel, hereby respectfully stipulate and agree that:

WHEREAS, the initial scheduling conference in this action is currently on calendar for September 25, 2017 (Dkt. No. 9);

WHEREAS, on September 12, 2017, the Court issued its Order granting Biogen's motion to dismiss as to all claims in the First Amended Complaint (Dkt. No. 25);

WHEREAS, the Court's Order provided that Ixchel could file a Second Amended Complaint within 20 days if it can do so consistent with the Order (Dkt. No. 25);

WHEREAS, Ixchel intends to file a Second Amended Complaint by October 2, 2017;

WHEREAS, in light of the above, Ixchel and Biogen have agreed, subject to the Court's approval, to vacate the initial scheduling conference and submit a joint proposed briefing and hearing schedule within 10 days after the filing of a Second Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The initial scheduling conference set for September 25, 2017 shall be vacated. The parties shall submit a revised joint proposed briefing and hearing schedule within 10 days after the filing of a Second Amended Complaint.

**SO STIPULATED AND AGREED TO BY:**

Dated: September 18, 2017         /s/ Rocky C. Tsai

                                                    Rocky C. Tsai (CSB #221452)
                                                    ROPES & GRAY LLP
                                                    Three Embarcadero Center
                                                    San Francisco, CA 94111-4006
                                                    rocky.tsai@ropesgray.com
                                                    (415) 315-6300

                                                    Mark S. Popofsky (CSB #175476)
                                                    ROPES & GRAY LLP
                                                    2099 Pennsylvania Avenue, NW
                                                    Washington, DC 20006-6807
                                                    mark.popofsky@ropesgray.com
                                                    (202) 508-4600

                                                    Attorneys for Defendant,
                                                    BIOGEN INC.

Dated: September 18, 2017         /s/ Richard C. Lin (as authorized on 9/18/17)

                                                    Christopher D. Banys (CSB #230038)
                                                    Richard C. Lin (CSB #209233)
                                                    Jennifer L. Gilbert (CSB #255820)
                                                    BANYS, P.C.
                                                    1032 Elwell Court, Suite 100
                                                    Palo Alto, CA 94303
                                                    cdb@banyspc.com
                                                    rcl@banyspc.com
                                                    jlg@banyspc.com
                                                    (650) 308-8505

                                                    Attorneys for Plaintiff,
                                                    IXCHEL PHARMA, LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Scheduling Conference is continued from September 25, 2017 to **November 6, 2017 at 1:30 p.m.** An amended Joint Status Report shall be filed no later than **October 23, 2017**.

Dated: September 19, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I have caused a true and accurate copy of this document to be served upon counsel for the Plaintiff below via electronic service as set forth in the CM/ECF procedures of this Court:

Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
(650) 308-8505

                                               */s/ Rocky C. Tsai*
                                               Rocky C. Tsai