Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
(650) 308-8505

Attorneys for Plaintiff,
IXCHEL PHARMA, LLC

Mark S. Popofsky (CSB #175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
mark.popofsky@ropesgray.com
(202) 508-4600

Rocky C. Tsai (CSB #221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

Attorneys for Defendant,
BIOGEN INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IXCHEL PHARMA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BIOGEN INC.,<br><br>    Defendant. | Case No. 2:17-cv-00715-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: (1) BRIEFING AND HEARING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT; AND (2) CONTINUANCE OF INITIAL SCHEDULING CONFERENCE** |

**STIPULATION**

Plaintiff Ixchel Pharma, LLC ("Ixchel") and Defendant Biogen Inc. ("Biogen"), through their undersigned counsel, hereby respectfully stipulate and agree that:

WHEREAS, on September 12, 2017, the Court issued its Order granting Biogen's motion to dismiss as to all claims in the First Amended Complaint and giving Ixchel an opportunity to file a Second Amended Complaint by October 2, 2017 (Dkt. No. 25);

WHEREAS, Ixchel filed its Second Amended Complaint on October 2, 2017 (Dkt. No. 34);

WHEREAS, the initial scheduling conference in this action is currently on calendar for November 6, 2017 (Dkt. No. 31);

WHEREAS, in light of the above and in light of the parties' schedules and the available hearing dates, Ixchel and Biogen have agreed, subject to the Court's approval, to a briefing and hearing schedule for Biogen's motion to dismiss the Second Amended Complaint, and to a continued date for the initial scheduling conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The briefing and hearing schedule for Biogen's motion to dismiss the Second Amended Complaint shall be as follows:

Biogen's Opening Brief will be filed by October 23, 2017

Ixchel's Opposition Brief will be filed by November 13, 2017

Biogen's Reply Brief will be filed by November 30, 2017

The hearing date shall be noticed for January 8, 2018 at 1:30 p.m. Pacific Time.

The initial scheduling conference currently on calendar for November 6, 2017 shall be continued to January 29, 2018 at 1:30 p.m. Pacific Time. The parties shall file their joint status report by no later than January 15, 2018.

**SO STIPULATED AND AGREED TO BY:**

Dated: October 3, 2017      _/s/ Rocky C. Tsai_ _____

Rocky C. Tsai (CSB #221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

Mark S. Popofsky (CSB #175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
mark.popofsky@ropesgray.com
(202) 508-4600

Attorneys for Defendant,
BIOGEN INC.

Dated: October 3, 2017      _/s/ Richard C. Lin (as authorized on 10/3/17)_

Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
(650) 308-8505

Attorneys for Plaintiff,
IXCHEL PHARMA, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I have caused a true and accurate copy of this document to be served upon counsel for the Plaintiff below via electronic service as set forth in the CM/ECF procedures of this Court:

Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
(650) 308-8505

                                                */s/ Rocky C. Tsai*
                                                Rocky C. Tsai