1  Christopher D. Banys (CSB #230038)          Mark S. Popofsky (CSB #175476)
2  Richard C. Lin (CSB #209233)                ROPES & GRAY LLP
   Jennifer L. Gilbert (CSB #255820)           2099 Pennsylvania Avenue, NW
3  BANYS, P.C.                                  Washington, DC 20006-6807
   1030 Duane Avenue                            mark.popofsky@ropesgray.com
   Santa Clara, CA 95054                        (202) 508-4600
4  cdb@banyspc.com
5  rcl@banyspc.com                             Rocky C. Tsai (CSB #221452)
   jlg@banyspc.com                              ROPES & GRAY LLP
6  (650) 308-8505                               Three Embarcadero Center
                                                San Francisco, CA 94111-4006
7  Attorneys for Plaintiff,                     rocky.tsai@ropesgray.com
   IXCHEL PHARMA, LLC                           (415) 315-6300

8                                               Attorneys for Defendant,
                                                BIOGEN INC.
9

10

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

15                                         Case No. 2:17-cv-00715-WBS-EFB

16  IXCHEL PHARMA, LLC,                    **STIPULATION AND ORDER RE
                                           ENTRY OF FINAL JUDGMENT**
17              Plaintiff,

18      v.

19  BIOGEN INC.,

20              Defendant.

21

22

23                          **STIPULATION**

24      Plaintiff Ixchel Pharma, LLC ("Ixchel") and Defendant Biogen Inc. ("Biogen"), through

25  their undersigned counsel, hereby respectfully stipulate and agree that:

26      WHEREAS, on January 25, 2018, the Court issued its Order granting Biogen's motion to

27  dismiss as to all claims in the Second Amended Complaint (Dkt. No. 48) ("Dismissal Order");

28

WHEREAS, in its Dismissal Order, the Court held that any further amendment as to Ixchel's first, second, third, and fourth claims would be futile, but granted Ixchel an opportunity to file a Third Amended Complaint to amend its fifth claim against Biogen under California Unfair Competition Law if it could do so consistent with the Dismissal Order;

WHEREAS, Ixchel will not be filing a Third Amended Complaint, but Ixchel intends to pursue an appeal of the Dismissal Order;

WHEREAS, in light of the above, Ixchel and Biogen agree that final judgment should be entered against Ixchel and in favor of Biogen as to all claims in the Second Amended Complaint, with Ixchel reserving its right to appeal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.   The Court enter a final judgment against Ixchel and in favor of Biogen as to all claims asserted by Ixchel in the Second Amended Complaint.

2.   For avoidance of doubt, Ixchel agrees to entry of final judgment because of the adverse rulings of the Court, and it expressly reserves its right to appeal the final judgment and all the orders and decisions in this case that are appealable.

3.   The initial scheduling conference on February 26, 2018, and the deadline for the parties to file an amended joint status report on February 12, 2018, are hereby vacated and taken off calendar.

**SO STIPULATED AND AGREED TO BY:**


Dated: February 7, 2018          */s/ Christopher D. Banys*

Christopher D. Banys (CSB #230038)
Richard C. Lin (CSB #209233)
Jennifer L. Gilbert (CSB #255820)
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, CA 94303
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
(650) 308-8505

Attorneys for Plaintiff,
IXCHEL PHARMA, LLC


Dated: February 7, 2018          */s/ Rocky C. Tsai*

Rocky C. Tsai (CSB #221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

Mark S. Popofsky (CSB #175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
mark.popofsky@ropesgray.com
(202) 508-4600

Attorneys for Defendant,
BIOGEN INC.

## ORDER RE ENTRY OF FINAL JUDGMENT

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  February 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically through the Court's CM/ECF system on February 7, 2018 in compliance with L.R. 133. Therefore, this document was served on the following counsel for Defendant who are deemed to have consented to electronic service:

Mark S. Popofsky
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
mark.popofsky@ropesgray.com
(202) 508-4600

Rocky C. Tsai
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
rocky.tsai@ropesgray.com
(415) 315-6300

*/s/ Tiffany Dang*
Tiffany Dang